## GILMAN v. CONTRA COSTA COUNTY.

The case of Gilman v. County of Contra Costa (8 Cal. R., 52) affirmed.

APPEAL from the District Court of the Seventh Judicial District, County of Contra Costa.

*G. F. and W. H. Sharp* for Appellant.

*W. W. Theobalds* for Respondent.

BALDWIN, J., delivered the opinion of the Court—TERRY, C. J., concurring.

The judgment is affirmed, on the authority of Gilman v. County of Contra Costa, (8 Cal., 52.)